IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN, SR.**                                                                       **PLAINTIFF**

v.                                          **Case No. 3:23-cv-00090-LPR**

**TOMMY DAVIS, Owner, et al.**                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 11th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).